IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HERBERT O. ALLEN, JR., | ) CIVIL NO. 08-00119 DAE-KSC |
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S |
| | ) REQUEST FOR SERVICE OF PROCESS |
| vs. | ) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS; SUSAN L. HUBBARD; S. HEMENWAY, Facility Captain; PAT MANDEVILLE, Associate Warden CMF; L. Jensen, Associate Warden CMF, | ) |
| Defendants. | ) |

ORDER DENYING PLAINTIFF'S REQUEST FOR
SERVICE OF PROCESS

Plaintiff Herbert O Allen Jr., a prisoner proceeding *pro se*, asks this Court to serve copies of a summons and a complaint on the Defendants. Allen's request is premature, as his complaint must be screened before the Court can order service. Accordingly, the Court DENIES Allen's Request without prejudice.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 10, 2009.

Kevin S.C. Chang
United States Magistrate Judge