```
                IN THE UNITED STATES DISTRICT COURT

             FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT O. ALLEN, JR. #T-80221, ) CIVIL NO. 2:08-00119 DAE-KSC
                                )
     PLAINTIFF,                 ) ORDER TO SHOW CAUSE WHY THIS
                                ) ACTION SHOULD NOT BE DISMISSED
     vs.                        ) FOR FAILURE TO PROSECUTE
                                )
CALIFORNIA DEPARTMENT OF        )
CORRECTIONS; SUSAN L. HUBBARD;  )
S. HEMENWAY; PAT MANDEVILLE; L. )
JENSEN,                         )
                                )
     Defendants.                )
_____ )
```

ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE
DISMISSED FOR FAILURE TO PROSECUTE

On January 17, 2008, Plaintiff Herbert O. Allen, proceeding *pro se*, brought this prisoner civil rights action pursuant to 42 U.S.C. § 1983.  On March 11, 2009, the Court issued an Order Denying Plaintiff's Request for Service of Process (Doc. No. 12).  On March 31, 2009, the mail was returned to the Court as undeliverable.  Since then, Plaintiff has not communicated with the Court nor has Plaintiff provided the Court with a current mailing address.  Accordingly, the Court **HEREBY ORDERS** Plaintiff, to show cause, **in writing, on or before October 27, 2009,** why the Court should not recommend dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

Dated:  Honolulu, Hawaii, October 7, 2009.

_____
Kevin S.C. Chang
United States Magistrate Judge

CV 2:08-00119 DAE-KSC; <u>ALLEN V. CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.</u>; ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE